# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA SHAW,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GEICO GENERAL<br>INSURANCE COMPANY,<br>　　　　Defendant. | CV 18-7601 DSF (FFMx)<br><br>JUDGMENT |

The Court having granted Defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

Date: June 4, 2019

　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　United States District Judge