JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JESSICA SHAW, an individual, | Case No.: 2:18-CV-07601 DSF (FFMx) |
| Plaintiff, | **ORDER TO DISMISS CASE WITHOUT PREJUDICE** |
| vs. | |
| GEICO GENERAL INSURANCE COMPANY, and DOES 1 through 10, inclusive | Date Action Filed:   July 19, 2018<br>Trial Date:            None |
| Defendant | |

Pursuant to the parties' stipulation filed concurrently with this Order (Dkt. #42), the case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Date: October 6, 2020

_____

Dale S. Fischer

United States District Judge

- 1 -